FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 28, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SHIREE WELCH,

    Plaintiff,

v.

FNU LNU,

    Defendant.

No. 2:25-CV-00293-ACE

ORDER CLOSING FILE, DISMISSAL WITHOUT PREJUDICE

**BEFORE THE COURT** is Plaintiff's complaint, ECF No. 3, and the Clerk's Notice of Deficient Filing, ECF No. 6. Having reviewed the file, the Court is fully informed.

Plaintiff filed a complaint on July 9, 2025, and the complaint was subsequently transferred from the District of Texas Northern to the Eastern District of Washington. The complaint, however, was not accompanied by the required filing fee or an application to proceed in forma pauperis ("IFP").[1] On August 7, 2025, the Clerk of the Court provided notice of this deficiency and warned that the case was subject to dismissal unless the fee or application was filed by August 18,

---

[1] Payment of a filing fee is required to institute a suit in the United States District Court, 28 U.S.C. § 1914, while the IFP statute allows the courts to waive the filing fee for indigent persons, 28 U.S.C. § 1915. Failure to comply with either provision for instituting a suit warrants dismissal of the action. *See Rodriguez v. Cook*, 169 F.3d 1176 (9th Cir. 1999) (appeal dismissed for failure to pay the filing fee or be eligible for IFP status).

ORDER - 1

2025.  ECF No. 6.  To date, the filing fee has not been paid and the appropriate IFP has not been filed.

Accordingly, **IT IS HEREBY ORDERED** this action is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**  The District Court Executive is directed to file this Order, provide a copy to Plaintiff at the last known address, and **CLOSE THE FILE**.

DATED August 28, 2025.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2